May 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

FARDAD ADULI, Appellant

NO. 14-10-01039-CV                    V.

VALERIE ADULI, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Valerie Aduli, signed August 17, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Fardad Aduli, to pay all costs incurred in this appeal. We further order this decision certified below for observance.